ALBANY,
August, 1806.

Fisher
v.
Chandler.

</div>

<div align="right">Judgment for defendant.</div>

## Fisher *against* Chandler.

ON *certiorari.* The action below was to recover the amount of a subscription to a school for one year. On producing the subscription paper, the defendant below denied that he had ever signed, or authorised any person to put his name to it. A witness was sworn, and on his evidence, which was not particularly stated, the justice gave judgment in favour of the plaintiff.

*Van Antwerp*, for the plaintiff in error.
*Ingalls*, for the defendant.

*Per curiam.* There was some evidence, though, perhaps, not sufficient to support a judgment. We have never gone so far as to say, that where there is some evidence taken, however light, that the judgment ought to be reversed. If we were to reverse judgments on such a ground, there would be no end to writs of *certiorari.* Here is evidence *prima facie*, at least.

<div align="right">Judgment affirmed.</div>

*Where some evidence has been offered to a justice of the peace, the court will not reverse his judgment, merely because it was too light or insufficient to support a judgment.*